**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 13-7328**

———————

UNITED STATES OF AMERICA,

               Plaintiff – Appellee,

     v.

JERRELL ANTONIO THOMAS, a/k/a Baby Huey,

               Defendant - Appellant.

———————

Appeal from the United States District Court for the Eastern District of Virginia, at Norfolk. Robert G. Doumar, Senior District Judge. (2:94-cr-00069-RGD-3)

———————

Submitted: January 7, 2014     Decided: January 14, 2014

———————

Before KEENAN and WYNN, Circuit Judges, and HAMILTON, Senior Circuit Judge.

———————

Affirmed by unpublished per curiam opinion.

———————

Jerrell Antonio Thomas, Appellant Pro Se. Kevin Michael Comstock, Assistant United States Attorney, Norfolk, Virginia, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Jerrell Antonio Thomas appeals the district court's order denying his motion to compel the filing of a motion for sentence reduction based on substantial assistance. We have reviewed the record and find no reversible error. Accordingly, we grant leave to proceed in forma pauperis and affirm for the reasons stated by the district court. United States v. Thomas, No. 2:94-cr-00069-RGD-3 (E.D. Va. Aug. 6, 2013). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED